**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MOHAMMAD IBRAHIM BAZZI,<br><br>            Plaintiff,<br><br>    v.<br><br>ANDREA M. GACKI, in her official capacity as Director of the U.S. Department of the Treasury, Office of Foreign Assets Control, and UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL,<br><br>            Defendants. | Civil Action No. 19-cv-00484 (RM) |

## <u>MOTION FOR SUMMARY JUDGMENT</u>

Defendants Andrea M. Gacki, in her official capacity as Director of the U.S. Department of the Treasury, Office of Foreign Assets Control, and the U.S. Department of the Treasury, Office of Foreign Assets Control, hereby move for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 7(h) on all claims brought against them.  The grounds for Defendants' motion are set forth in the attached statement of points and authorities.  For the reasons explained that memorandum, Defendants respectfully request that the Court grant judgment in their favor.

Dated August 30, 2019                    Respectfully submitted,


                                         JOSEPH H. HUNT
                                         Assistant Attorney General

                                         DIANE KELLEHER
                                         Assistant Branch Director

                                         */s/ Kevin Snell*
                                         KEVIN SNELL
                                         Trial Attorney
                                         United States Department of Justice
                                         Civil Division, Federal Programs Branch
                                         1100 L Street, N.W.
                                         Washington, DC 20005
                                         Tel: (202) 305-0924
                                         Fax: (202) 616-8460
                                         Email:  Kevin.Snell@usdoj.gov