IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD IBRAHIM BAZZI,<br><br>Plaintiff,<br><br>v.<br><br>ANDREA M. GACKI, in her official capacity as Director of the U.S. Department of the Treasury Office of Foreign Assets Control, and UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL,<br><br>Defendants. | Civil Action No. 19-cv-00484 (RM) |

## [PROPOSED] ORDER

Upon consideration of Defendants' motion for summary judgment and any response and reply thereto, it is hereby ORDERED that Defendants' motion for summary judgment is GRANTED.  The Court hereby enters judgment in favor of Defendants on all of Plaintiff's claims. **SO ORDERED**.

_____                     _____
 Date                                                                          RANDOLPH D. MOSS
                                                                                       United States District Judge

1

## **NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER**

Pursuant to LCvR 7(k), the following attorneys are entitled to be notified of the entry of the foregoing:

Erich C. Ferrari
Ferrari & Associates, P.C.
1455 Pennsylvania Ave, NW
Suite 400
Washington, DC 20004
phone: (202) 280-6370
fax: (877) 448-4885
email: Ferrari@ferrariassociatespc.com

Kevin Snell
Federal Programs Branch, Civil Division, U.S. Department of Justice
1100 L Street, NW
Washington DC 20530
phone: (202) 305-0924
fax: (202) 616-8460
email: Kevin.Snell@usdoj.gov