# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMAD IBRAHIM BAZZI, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:19-cv-00484 (RDM) |
| ANDREA M. GACKI, *et al.* | ) |
| Defendants. | ) |

## **[PROPOSED] ORDER**

Upon consideration of Defendants' Motion for Summary Judgment, Plaintiff's Opposition and Cross-Motion for Summary Judgment, and any opposition and replies thereto, it is hereby ORDERED that Defendants' Motion is DENIED; and it is further:

ORDERED that Plaintiff's Cross-Motion is GRANTED; and it is further

ORDERED that Defendants disclose the redacted portions of the evidentiary memorandum and supporting administrative record underlying Plaintiff's designation under Executive Order 13224 or otherwise provide alternative means by which Plaintiff can understand the reasons for his designation.

**SO ORDERED.**

_____       _____
Date                                                     HONORABLE RANDOLPH D. MOSS
                                                                United States District Judge