# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD IBRAHIM BAZZI,<br><br>Plaintiff,<br><br>v.<br><br>ANDREA M. GACKI, in her official capacity as Director of the U.S. Department of the Treasury, Office of Foreign Assets Control, and UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL,<br><br>Defendants. | Civil Action No. 19-cv-00484 (RM) |

## **JOINT STATUS REPORT**

The parties respectfully submit this Joint Status Report in response to the Court's November 23, 2019 Minute Order. In that Order, the Court vacated the deadline for Defendants to provide an appendix containing copies of portions of the administrative record and ordered the parties to file this joint status report recommending proposed next steps. Additionally, the Court directed the parties to address whether the Court should deny without prejudice the pending cross-motions for summary judgment and the approximate date Defendants anticipate issuing a new evidentiary memorandum.

Defendants issued a new evidentiary memorandum re-designating Plaintiff on November 25, 2019, and are in the process of finalizing an unclassified administrative record to transmit to Plaintiff. Defendants also will finalize a revised certification of contents of that record. Defendants expect to transmit to Plaintiff that revised record and file that revised certification on or before December 6, 2019.

1

The parties have conferred since this Court's Minute Order. Defendants have informed Plaintiff that while they do not expect the revised administrative record to materially alter the parties' legal arguments, filing revised summary judgment briefs may be appropriate to account for corresponding changes, such as citations in the briefs to the administrative record. Defendants think that the parties should be able to re-file summary judgment briefing quickly.

The parties are in agreement that Plaintiff should have time to review the revised administrative record before responding to Defendants' position or proposing next steps in this matter. In order to allow Plaintiff sufficient time for that review, the parties respectfully suggest that they file another joint status report on or before December 12, 2019, regarding proposed next steps and whether the pending motions for summary judgment should be denied without prejudice. The parties will continue to confer in the meantime about efficiently presenting this matter for the Court's resolution.

Dated December 3, 2019                                      Respectfully submitted,

/s/ Erich C. Ferrari                                        JOSEPH H. HUNT
ERICH C. FERRARI                                            Assistant Attorney General
Ferrari & Associates, P.C.
1455 Pennsylvania Ave., NW                                  DIANE KELLEHER
Suite 400                                                   Assistant Branch Director
Washington, D.C. 20004
Telephone: (202) 280-6370                                   /s/ Kevin Snell
Fax: (877) 448-4885                                         KEVIN SNELL
Email: ferrari@falawpc.com                                  Trial Attorney
DC Bar No. 978253                                           United States Department of Justice
                                                            Civil Division, Federal Programs Branch
                                                            1100 L Street, N.W.
                                                            Washington, DC 20005
                                                            Tel: (202) 305-0924
                                                            Fax: (202) 616-8460
                                                            Email:  Kevin.Snell@usdoj.gov