UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMAD IBRAHIM BAZZI,<br><br>Plaintiff,<br><br>v.<br><br>ANDREA M. GACKI, Director,<br>Office of Foreign Assets Control, *et al.*<br><br>Defendants. | Civil Action No. 1:19-cv-00484 (RDM) |

## CERTIFICATION OF ADMINISTRATIVE RECORD

I, Ripley Quinby, declare as follows:

1. I am currently employed as the acting Deputy Associate Director in the Office of Global Targeting at the U.S. Department of the Treasury, Office of Foreign Assets Control (OFAC).

2. I have been with OFAC as either a contractor or an OFAC government employee since 2015, first as a Sanctions Investigator and later as a Section Chief for OFAC's Strategic Targeting Section, before assuming my current position. In my present role, I oversee the production of evidentiary memoranda for the purposes of sanctions actions across all of OFAC's sanctions programs, including those pursuant to Executive Order 13224 of September 23, 2001, "Blocking Property and Prohibiting Transactions with Persons Who Commit, Threaten to Commit, or Support Terrorism," as amended by Executive Order 13886 of September 9, 2019, "Modernizing Sanctions To Combat Terrorism." Further, I supervise the provision of the unclassified, non-privileged version of the evidentiary memoranda to designees and their counsel, upon request. As such, I am authorized to certify the truth and correctness of official records of OFAC, and of other documents recorded or filed with OFAC.

3. The facts attested to herein are based on my personal knowledge or information made available to me in the course of my official duties.

4. I hereby certify to the best of my knowledge and belief that the documents described in the attached index constitute a true, correct, and complete copy of the non-privileged documents that were directly or indirectly considered in connection with OFAC's decision to re-designate Plaintiff Mohammad Ibrahim Bazzi (Plaintiff). The administrative record includes both (1) unclassified, non-privileged information (which will be provided separately to Plaintiff); and (2) classified and privileged information (which will be submitted ex parte and in camera to the Court). The administrative record and the index were redacted to remove classified, privileged, or otherwise protected information before production to Plaintiff. OFAC also redacted a small amount of non-responsive information about another designated entity that is not a party to this lawsuit.

In accordance with 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Dated: December 6, 2019

Ripley Quinby
Acting Deputy Associate Director
Office of Global Targeting
Office of Foreign Assets Control
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Freedman's Bank Building
Washington, DC 20220

~~TOP SECRET~~ ███

## (U) Certified Index – *Bazzi v. Gacki, et al.*, 19-00484 (D.D.C.)

|     |       |                                                                                                                                                                                                                                                                | Bates No(s). |
|-----|-------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------|
| A.  |       | (U) Unclassified Summary                                                                                                                                                                                                                                       | 0001         |
| B.  |       | (U) Press Release                                                                                                                                                                                                                                              | 0002-0010    |
| C.  |       | (U) Designation and Blocking Memorandum (Nov. 25, 2019)                                                                                                                                                                                                        | 0011-0012    |
| D.  |       | (U) Original Federal Register Notice                                                                                                                                                                                                                           | 0013-0014    |
| E.  |       | (U) Updated Federal Register Notice                                                                                                                                                                                                                            | 0015         |
| F.  |       | (U) Evidentiary Memorandum and Exhibit List                                                                                                                                                                                                                    | 0016-0026    |
|     | Ex.1  | (U) Executive Order 13224 of September 23, 2001, 66 Fed. Reg. 49079 (Sept. 25, 2001)                                                                                                                                                                           | 0027-0032    |
|     | Ex.2  | (U) Memorandum for the Record, Information Provided by ███ 2007 Lebanese Canadian Bank Know Your Customer document                                                                                                                                             | 0033-0040    |
|     | Ex.3  | (S██████)                                                                                                                                                                                                                                                      | 0041-0045    |
|     | Ex.4  | (S██████)                                                                                                                                                                                                                                                      | 0046-0049    |
|     | Ex.5  | (U/~~FOUO~~) Mohamed Bazzi, Belgium Passport – CBP                                                                                                                                                                                                             | 0050-0051    |
|     | Ex.6  | (U)██████                                                                                                                                                                                                                                                      | 0052-0053    |
|     | Ex.7  | (U) Freedom Newspaper, "Gambia: Breaking News: Fadi Drags Janneh Commission to Court; As Bazzi Contests Order Freezing His Assets!", October 23, 2017, https://freedomnewspaper.com/2017/10/23/gambia-breaking-news-muhammed-bazzi-drags-janneh-commission-to-court-as-bazzi-contests-order-freezing-his-assets/ | 0054-0055 |
|     | Ex.8  | (U) Executive Order 12947 of January 23, 1995, 60 Fed. Reg. 5079 (Jan. 25, 1995)                                                                                                                                                                               | 0056-0058    |
|     | Ex.9  | (U) Dun & Bradstreet report, Global Trading Group NV, DUNS# 37-117-1419, ███                                                                                                                                                                                   | 0059-0073    |

~~TOP SECRET~~ ███

~~TOP SECRET~~ ███████████████

| | | |
|---|---|---|
| Ex.10 | (S) ███████████████ | 0074-0076 |
| Ex.11 | (TS ███████████████ | 0077-0081 |
| Ex.12 | (TS ███████████████ | 0082-0092 |
| Ex.13 | (TS ███████████████ ███████████████ ███████████████ ███████████████ | 0093-0096 |
| Ex.14 | (S ███████████████ | 0097-0102 |
| Ex.15 | (U) Sanctions Actions Pursuant to Executive Order 13224, 81 Fed. Reg. 5520 (Jan. 7, 2016) | 0103-0104 |
| Ex.16 | (U) Sanctions Actions Pursuant to Executive Order 13224, 80 Fed. Reg. 34791 (June 10, 2015) | 0105-0106 |
| Ex.17 | (U) ███████████████ ███████████████ | 0107-0108 |
| Ex.18 | (U) Additional Designations, Foreign Narcotics Kingpin Designation Act, 76 Fed. Reg. 5857 (Jan. 26, 2011) | 0109-0112 |
| Ex.19 | (S ███████████████ | 0113-0115 |
| Ex.20 | (U) Sanctions Actions Pursuant to Executive Order 13818, 82 Fed. Reg. 60839 (Dec. 20, 2017) | 0116-0119 |
| Ex.21 | (U) ███████████████ ███████████████ ███████████████ | 0120-0121 |
| Ex.22 | (TS ███████████████ | 0122-0129 |
| Ex.23 | (U) Executive Order 13582 of August 17, 2011, 77 Fed. Reg. 49864 (Aug. 17, 2012) | 0130-0131 |
| Ex.24 | (U) SMBC Gambia, "Foreign Affairs Reject Bazzi's Honorary Consul Claims," Sam Phatey, October 11, 2017, available at https://gambia.smbcgo.com/2017/10/11/foreign-affairs-reject-bazzis-honorary-consul-claims/ | 0132-0134 |

TOP SECRET ███████████████

TOP SECRET ▮▮▮▮▮▮▮▮▮▮

| | | |
|---|---|---|
| Ex.25 | (U) Financial Crimes and Enforcement Network Finding, 76 Fed. Reg. 9403 (Feb. 9, 2011) | 0135-0143 |
| Ex.26 | (U) Executive Order 13224 of September 23, 2001, 67 Fed. Reg. 12633 (March 19, 2002) | 0144-0146 |
| Ex.27 | (U) Section 219 of the Immigration and Nationality Act, as amended, 8 U.S.C. § 1189 on October 8, 1997, 62 Fed. Reg. 52650 (October 8, 1997) | 0147-0148 |
| Ex.28 | (TS▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮) | 0149-0153 |
| Ex.29 | (TS▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮) | 0154-0160 |
| Ex.30 | (S▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮) | 0161-0167 |
| Ex.31 | (S▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮) | 0168-0173 |
| Ex.32 | (S▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮) | 0174-0184 |
| Ex.33 | (U) The Point Newspaper, "US to Gambia: Investigate gov't officials in human trafficking," Sanna Camara, July 18, 2017, available at http://thepoint.gm/africa/gambia/article/us-to-gambia-investigate-govt-officials-in-human-trafficking | 0185-0187 |
| Ex.34 | (U/~~FOUO~~) Mohamed Bazzi, Passport – CBP | 0188-0191 |
| Ex.35 | (U) Executive Order 13886 of September 9, 2019 "Modernizing Sanctions to Combat Terrorism," 84 Fed. Reg. 48041 (Sept. 9, 2019) | 0192-0194 |
| Ex.36 | (U) United States Department of the Treasury Website, "Treasury Targets Key Hizballah Financing Network and Iranian Conduit," available at http://home.treasury.gov/news/press-releasessm0388 | 0195-0202 |

TOP SECRET ▮▮▮▮▮▮▮▮▮▮