# EXHIBIT B



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

SDGT-12664

February 6, 2019

Erich C. Ferrari
1455 Pennsylvania Ave., NW
Suite 400
Washington, D.C. 20004
Tel. 202-280-6370

Dear Mr. Ferrari:

This is in response to your letter dated December 18, 2018, to the Office of Foreign Assets Control (OFAC) titled, "November 29, 2018 Meeting Follow Up."

In regards to your request for a Terms of Removal agreement between OFAC and your client, Mohammad Ibrahim Bazzi, OFAC will not be providing such an agreement, at this time. If, however, you wish OFAC to reconsider the designation of your client, please submit a formal reconsideration request in accordance with 31 CFR § 501.807.

For the most expedient response, please direct all questions and correspondence to OFAC via the following email: OFAC.Reconsideration@treasury.gov. You may also write OFAC at the following:

> U.S. Department of the Treasury
> Office of Foreign Assets Control
> ATTN: Office of Global Targeting
> 1500 Pennsylvania Avenue, N.W. (Freedman's Bank Building)
> Washington, DC 20220

Thank you for your cooperation.

Sincerely,

Hagan Barnett
Section Chief
Counterterrorism
Office of Foreign Assets Control