# EXHIBIT C

TOP SECRET ████████████████████



### DEPARTMENT OF THE TREASURY
#### WASHINGTON, D.C. 20220

(U) Case ID: SDGT-12664

## OFFICE OF FOREIGN ASSETS CONTROL

## (U) <u>EVIDENTIARY MEMORANDUM</u>

(U) MEMORANDUM FOR     Andrea Gacki   *ATS for AMG 05/14/2018*
Acting Director
Office Of Foreign Assets Control

(U) THROUGH:             Gregory T. Gatjanis
Associate Director
Office of Global Targ████████

Todd Conklin ████████ *5|8|18*
Deputy Associate Director
Office of Global Targeting

Nikole Thomas ████ *05 04|18*
Assistant Director
Counterrosism Human Rights and Corruption

████████████████ *5/4/18*
Section Chief
Counterterrorism Section

(U) FROM:                ████████████████████

Eastern Hemisphere
Global Crime and Narcotics

████████████████████

Sanctions Investigator
Counterterrorism Section

(S█████) SUBJECT:     **MOHAMMAD IBRAHIM BAZZI**: Additional Designation
Pursuant to Executive Order 13224 of September 23, 2001

1

████████████████████████
████████████████████████
████████████████████████

TOP SECRET ████████████████

TOP SECRET █████████

## (U) I.  INTRODUCTION

(U) On September 23, 2001, the President issued Executive Order 13224, "Blocking Property and Prohibiting Transactions With Persons Who Commit, Threaten to Commit, or Support Terrorism" ("E.O. 13224" or the "Order"). [Exhibit 1]

(U) The Order blocks the property and interests in property of any person determined by the Secretary of the Treasury, in consultation with the Secretary of State, the Secretary of Homeland Security, and the Attorney General, to meet one or more of the criteria in the Order.

(S█████  Information presented in this memorandum and the accompanying exhibits provides reason to believe that **MOHAMMAD IBRAHIM BAZZI** assists in, sponsors, or provides financial, material, or technological support for, or financial or other services to or in support of HIZBALLAH\*,[1] a person whose property and interests in property are blocked pursuant to E.O. 13224, and therefore should be added to the list of Specially Designated Nationals and Blocked Persons.[2]

## (U) II. IDENTIFYING INFORMATION

1.  (S█████   **MOHAMMAD IBRAHIM BAZZI (Individual)** [Exhibit 19, p. 2]
    (U)          A.K.A.:  Mohamed Bazzi [Exhibit 9, p. 7]
    (U)          A.K.A.:  Muhammed Bazzi [Exhibit 7, p. 2]
    (S█████            A.K.A.:  Muhammad Ibrahim Bazzi [Exhibit 3, p. 1]
    (S█████████████ [Exhibit 4, p. 1]
    (U)          D.O.B.:  ███████ 1964 [Exhibit 2, p. 5]
    (U)          P.O.B.:  Bent Jbeil, Lebanon [Exhibit 2, p. 5]
    (U)          Nationality:  Lebanese [Exhibit 2, p. 6]
    (U)          Nationality:  Belgium [Exhibit 7, p. 2]
    (U)          Gender:  Male [Exhibit 2, p. 5]
    (U)          Passport Number:  899002098 Expiration 11/24/2010 (UK of Great Britain and Northern Ireland) [Exhibit 2, p. 5]
    (U/FOUO)     Passport Number:  EJ341406 Expiration 05/31/2017 (Belgium) [Exhibit 5, p. 1]
    (U)          Passport Number:  750249737 [Exhibit 7, p. 2]

---

[1] (U) The Department of State designated HIZBALLAH\* pursuant to E.O. 13224 on October 31, 2001 [Exhibit 26] and section 219 of the Immigration and Nationality Act, as amended, 8 U.S.C. § 1189 on October 8, 1997. [Exhibit 36]   HIZBALLAH\* is also listed in the Annex to Executive Order 12947 of January 23, 1995, as amended, "Prohibiting Transactions With Terrorists Who Threaten To Disrupt the Middle East Peace Process" (E.O. 12947). [Exhibit 8]  OFAC designated HIZBALLAH\* pursuant to Executive Order 13582 of August 17, 2011, "Blocking Property of the Government of Syria and Prohibiting Certain Transactions With Respect to Syria" (E.O. 13582) on August 10, 2012. [Exhibit 23]

[2] (U) The name of the proposed target will appear in **BOLD CAPITAL** letters.  Throughout this memorandum, an asterisk (\*) following a name in ALL CAPS denotes an individual or entity whose property and interests in property have been blocked.

2

SDGT-15937 0018

~~TOP SECRET~~ ████████

| | |
|---|---|
| (U) | Passport Number:  487/2007 (Lebanon) [Exhibit 2, p. 5] |
| (U) | Passport Number:  RL3400400 (Lebanon) [Exhibit 40, p. 2] |
| (U) | Passport Number:  D0000687 (Gambia) [Exhibit 40, p. 2] |
| (U) | Passport Number:  0236370 (Sierra Leone) [Exhibit 40, p. 2] |
| (U) | Address:  Adnan Al-Hakim Street, Yahala Bldg., Jnah (Lebanon) As of 2004 [Exhibit 2, p. 6] |
| (U) | Address:  Eglantierlaan 13-15, 2020 Antwerpen (Belgium) [Exhibit 9, p. 6] |
| (U) | Address:  Dohat Al-Hoss, Villa Bazzi, Lebanon [Exhibit 40, p. 2] |
| (S) | ████████████████████ |
| | [Exhibit 10, p. 1] |
| (S) | ████████████████████ |
| | [Exhibit 10, p. 1] |
| (S) | ████████████████████ |
| | [Exhibit 10, p. 1] |
| (S) | ████████████████████ |
| | [Exhibit 10, p. 1] |



Non-Responsive

Non-Responsive

3

~~TOP SECRET~~ ████████

SDGT-15937 0019

TOP SECRET ▮▮▮▮▮▮▮▮

## (U) III. BASIS FOR DETERMINATION

1. (S▮▮▮▮) **MOHAMMAD IBRAHIM BAZZI**

   a. *(S▮▮▮▮) BAZZI assists in, sponsors, or provides financial, material, or technological support for, or financial or other services to or in support of HIZBALLAH\*.*



[Exhibit 12, pp. 2-3]



[Exhibit 13, p. 3]

---

[4] (U) **BAZZI** is proposed for designation pursuant to the International Emergency Economic Powers Act (IEEPA) for assisting in, sponsoring, or providing financial, material, or technological support for, or financial or other services to or in support of HIZBALLAH\*, and, therefore, will receive the descriptive text "[Subject to secondary sanctions pursuant to the Hizballah Financial Sanctions Regulations]" as part of his SDN List Entry, as described in the Hizballah Financial Sanctions Regulations 31 C.F.R. Part 566, in addition to "[SDGT]" tag applied to all person designated pursuant to E.O. 13224.

[5] (TS▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

[6] (U) OFAC designated ALI YUSUF CHARARA\* (a.k.a. ALI YUSUF SHARARA) on January 7, 2016, pursuant to E.O. 13224. [Exhibit 15, p. 3]

[7] (U) OFAC designated ADHAM HUSSEIN TABAJA\* on June 10, 2015, pursuant to E.O. 13224. [Exhibit 16, p. 2]

[8] (U) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ [Exhibit 16, p. 2]

[9] (U) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ [Exhibit 17, pp. 1-2]

[10] (TS▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ [Exhibit 17, p. 2]

4

TOP SECRET ▮▮▮▮▮▮▮▮

TOP SECRET



(S) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

[Exhibit 14, pp. 2-3]

(S) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

[Exhibit 19, p. 2]

(TS) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

[Exhibit 13, p. 3]

(TS) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

[Exhibit 13, p. 3]

(S) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Exhibit 32, p. 2]

---

[11] (U) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ [Exhibit 6, p. 1]

[12] (S) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ OFAC designated ALI MOHAMED KHARROUBI* on January 26, 2011, pursuant to the Foreign Narcotics Kingpin Designation Act.  [Exhibit 18, pp. 1 & 3]

[13] (S) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
[Exhibit 14, p. 3]

TOP SECRET

TOP SECRET



14

[Exhibit 32, p. 3]

[Exhibit 32, pp. 4-5]

(TS

[Exhibit 13, p. 3]

(TS

15

[Exhibit 13, p. 2]

## (U) **ADDITIONAL INFORMATION**

(U) According to a October 23, 2017 statement by the Gambian newspaper, the Freedom Newspaper, **BAZZI** has been referred to as one of the close associates of the exiled Gambian dictator YAHYA JAMMEH*.[16] [Exhibit 7, p. 2]



17

[Exhibit 30, pp. 2-3]

---

[14] (S



[15] (U

[Exhibit 21, p. 1]

[16] (U) OFAC designated YAHYA JAMMEH* on December 20, 2017, as a Specially Designated National pursuant to E.O. 13818. [Exhibit 20, pp. 1 & 4]

[17] (TS

6

TOP SECRET

TOP SECRET



[Exhibit 31, pp. 2-3]

[Exhibit 33, p. 1]

[Exhibit 37, p. 1]

[Exhibit 38, p. 2]

(U) According to an article in Gambia's The Point Newspaper[19], published on July 18, 2017, a leaked document shows that the Honorary Gambian consulate in Lebanon officially facilitated the trafficking of dozens of young women from Banjul to Lebanon.  Gambia's consul to Lebanon at the time, **BAZZI** signed and sealed visa applications for the woman, most of whom ended up experiencing various forms of abuse and sexual exploitation at the hands of their "employers" and some trafficking agents.  [Exhibit 39, p. 1]

---

[18] (TS

[Exhibit 37, p. 1]
[19] (U) According to their website, The Point is an independent newspaper that promotes divergent views, and issues on democracy and human rights.  The paper covers national issues on politics, economics, business, and development as well as world affairs.  [Exhibit 39, p. 1]

7

TOP SECRET

SDGT-15937 0023

TOP SECRET

(U) According to an October 2007 Lebanese Canadian Bank[20] (LCB) Know Your Customer form, **BAZZI** was issued a Special Passport by the President of the Lebanese Ministry of Foreign Affairs in which he held the title of honorary consul of The Gambia in Lebanon. [Exhibit 2, pp. 5 & 8]. According to an article in the *SMBC Gambia*[21] dated October dated October 11, 2017, The Gambia's foreign ministry has rejected claims made by **BAZZI** that he is still the country's honorary consul general to Lebanon. Gambia's foreign ministry said the new President, Adama Barrow, in April rescinded **BAZZI**'s appointment. Former top aides of former President JAMMEH* have named **BAZZI** as one of the closest associates to the ex-authoritarian ruler. According to the article, JAMMEH* plundered an estimated 50 million before leaving for exile in Equitorial Guinea in January 2017 after 22 years in power, and most of JAMMEH*'s businesses involved **BAZZI**. [Exhibit 24, pp. 1-2]



[Exhibit 22, pp. 6-7]



Non-Responsive

---

[20] (U) On February 9, 2011, Treasury announced the identification of the Lebanese Canadian Bank SAL as a Primary Money Laundering Concern pursuant to section 311 of the USA PATRIOT Act. [Exhibit 25, p. 1 & 7]
[21] (U) SMBC Gambia is an online news source providing impartial and fact based reports, according to their website. [Exhibit 24, p. 3]
[22] (S⬛) Abdallah Safi-al-Din is proposed for designation in a separate evidentiary memorandum, FAC number SDGT-10864.



Non-Responsive

8

TOP SECRET



SDGT-15937 0025



SDGT-15937 0026

~~TOP SECRET~~ ███████████████████████

## (U) **EXHIBIT LIST**

Exhibit 1:   (U) Executive Order 13224 of September 23, 2001, 66 Fed. Reg. 49079 (Sept. 25, 2001).

Exhibit 2:   (U) Memorandum for the Record, Information Provided by ████████████ ████████████ 2007 Lebanese Canadian Bank Know Your Customer document.

Exhibit 3:   (S███████████████████████████████████

Exhibit 4:   (S███████████████████████████████████

Exhibit 5:   (U/~~FOUO~~) Mohamed Bazzi, Belgium Passport ██████

Exhibit 6:   (U)███████████████████████████████████

Exhibit 7:   (U) Freedom Newspaper, "Gambia: Breaking News: Fadi Drags Janneh Commission to Court; As Bazzi Contests Order Freezing His Assets!", October 23, 2017, https://freedomnewspaper.com/2017/10/23/gambia-breaking-news-muhammed-bazzi-drags-janneh-commission-to-court-as-bazzi-contests-order-freezing-his-assets/

Exhibit 8:   (U) Executive Order 12947 of January 23, 1995, 60 Fed. Reg. 5079 (January 25, 1995)

Exhibit 9:   (U) Dun & Bradstreet report, Global Trading Group NV, DUNS# 37-117-1419, ███████████████████

Exhibit 10:   (S███████████████████████████████

Exhibit 11:   ████████Non-Responsive████████████

Exhibit 12:   (TS███████████████████████████

Exhibit 13:   (TS██████████████████████████████████

Exhibit 14:   (S██████████████████████████████

Exhibit 15:   (U) Sanctions Actions Pursuant to Executive Order 13224, 81 Fed. Reg. 5520 (January 7, 2016).

11

~~TOP SECRET~~ ███████████████████

SDGT-15937 0027

TOP SECRET



Exhibit 16:   (U) Sanctions Actions Pursuant to Executive Order 13224, 80 Fed. Reg. 34791 (June 10, 2015).

Exhibit 17:   (U)

Exhibit 18:   (U) Additional Designations, Foreign Narcotics Kingpin Designation Act , 76 Fed. Reg. 5857 (January 26, 2011)

Exhibit 19:   (S)

Exhibit 20:   (U) Sanctions Actions Pursuant to Executive Order 13818, 82 Fed. Reg. 60839 (December 20, 2017)

Exhibit 21:   (U)

Exhibit 22:   (TS)

Exhibit 23:   (U) Executive Order 13582 of August 17, 2011, 77 Fed. Reg. 49864 (August 17, 2012).

Exhibit 24:   (U) SMBC Gambia, "Foreign Affairs Reject Bazzi's Honorary Consul Claims," Sam Phatey, October 11, 2017, available at https://gambia.smbcgo.com/2017/10/11/foreign-affairs-reject-bazzis-honorary-consul-claims/

Exhibit 25:   (U) Financial Crimes and Enforcement Network Finding, 76 Fed. Reg. 9403 (February 9, 2011)

Exhibit 26:   (U) Executive Order 13224 of September 23, 2001, 67 Fed. Reg. 12633 (March. 19, 2002)

Exhibit 27:   Non-Responsive

Exhibit 28:   Non-Responsive

Exhibit 29:   Non-Responsive

Exhibit 30:   (S)

Exhibit 31:   (S)

Exhibit 32:   (S)

12

TOP SECRET

SDGT-15937 0028

~~TOP SECRET~~ ████████████████████

Exhibit 33:    ~~(TS~~ ███████████████████████████

Exhibit 34:    ████████ Non-Responsive ████████████████

Exhibit 35:    ████████ Non-Responsive ████████████

Exhibit 36:    (U) Section 219 of the Immigration and Nationality Act, as amended, 8 U.S.C. § 1189 on October 8, 1997, 62 Fed. Reg. 52650 (October 8, 1997)

Exhibit 37:    ~~(TS~~ ██████████████████████████

Exhibit 38:    ~~(TS~~ ██████████████████████████

Exhibit 39:    (U) The Point Newspaper, "US to Gambia: Investigate gov't officials in human trafficking," Sanna Camara, July 18, 2017, available at http://thepoint.gm/africa/gambia/article/us-to-gambia-investigate-govt-officials-in-human-trafficking

Exhibit 40     (U/~~FOUO~~) Mohamed Bazzi, Passport ████████████

13

~~TOP SECRET~~ ███████████████████