IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD IBRAHIM BAZZI,<br><br>Plaintiff,<br><br>v.<br><br>ANDREA M. GACKI, in her official capacity as Director of the U.S. Department of the Treasury, Office of Foreign Assets Control, and UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL,<br><br>Defendants. | Civil Action No. 19-cv-00484 (RM) |

## JOINT STATUS REPORT

The parties respectfully submit this Joint Status Report in response to the Court's September 23, 2020 Order denying Plaintiff's motion to supplement the administrative record. ECF No. 31. In that Order, the Court directed the parties to meet and confer and file a proposed briefing schedule for summary judgment. The parties have conferred and propose the following next steps for this action.

Before Plaintiff filed his motion to supplement, Defendants filed a renewed motion for summary judgment, which remains pending. *See* ECF No. 24; *see also* March 18, 2020 Minute Order (setting briefing schedule on motion to supplement, vacating all other pending deadlines, and staying action pending resolution of motion to supplement). The Parties agree that the Court should set a schedule to complete briefing on Defendants' pending motion because it serves the interests of efficiency and Defendants will have the opportunity to address any impact of the Court's latest Order in their combined opposition to Plaintiff's cross-motion for summary judgment and reply in support of their renewed summary judgment motion.

Specifically, the Parties jointly request that the Court set the following schedule: Plaintiff files his combined opposition to Defendants' renewed motion for summary judgment and cross-motion for summary judgment no later than October 21, 2020; Defendants file their combined reply in support of their renewed motion for summary judgment and opposition to Plaintiff's motion for summary judgment no later than November 6, 2020; and Plaintiff files his reply in support of his motion for summary judgment no later than November 23, 2020.  The parties further agree that the Court should set a January 15, 2020 deadline for Defendants to provide the Court with an appendix containing copies of those portions of the administrative record that are cited or otherwise relied upon in any memorandum in support of or in opposition to their summary judgment motions in this case.[1]

Dated September 30, 2020                                               Respectfully submitted,

/s/ Erich C. Ferrari                                                                JEFFREY BOSSERT CLARK
ERICH C. FERRARI                                                             Assistant Attorney General
Ferrari & Associates, P.C.
1455 Pennsylvania Ave., NW                                           DIANE KELLEHER
Suite 400                                                                              Acting Assistant Branch Director
Washington, D.C. 20004
Telephone: (202) 280-6370                                              */s/ Kevin Snell*
Fax: (877) 448-4885                                                         KEVIN SNELL
Email: ferrari@falawpc.com                                           Trial Attorney
DC Bar No. 978253                                                         United States Department of Justice
                                                                                          Civil Division, Federal Programs Branch
                                                                                          1100 L Street, N.W.
                                                                                          Washington, DC 20005
                                                                                          Tel: (202) 305-0924
                                                                                          Fax: (202) 616-8460
                                                                                          Email:  Kevin.Snell@usdoj.gov

---

[1] As Defendants previously explained, they intend to lodge for the Court's review, on an *ex parte*, *in camera* basis, a copy of the record containing unredacted classified information on or before the day the parties file the joint appendix. See ECF No. 24-1 at 11 n.6. Defendants expect that preparing that copy to take time given current operating conditions and expected holiday leave.

2