IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD IBRAHIM BAZZI,<br><br>Plaintiff,<br><br>v.<br><br>ANDREA M. GACKI, in her official capacity as Director of the U.S. Department of the Treasury, Office of Foreign Assets Control, and UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL,<br><br>Defendants. | Civil Action No. 19-cv-00484 (RM) |

## JOINT STATUS REPORT

The parties respectfully submit this Joint Status Report in response to the Court's December 24, 2020 Minute Order, which requires that that parties file a stipulation of dismissal or further joint status report on or before January 22, 2021. As the parties previously reported, they are seeking to negotiate and approve the terms of a stipulated dismissal of this action. *See* ECF Nos. 35, 36.

The parties have made significant progress in their meet and confer since they filed their last joint status report. They appear to have reached an agreement in principle that would resolve this matter without further litigation, which remains subject to internal Governmental approval. The parties are now working to formalize their agreement in writing and obtain the necessary final approvals. They plan to do so expeditiously, and propose that, to the extent that Plaintiff has not dismissed his action by February 22, 2021, the parties file another Joint Status Report on or before that date.

Dated January 21, 2021                                                         Respectfully submitted,

1

/s/ Erich C. Ferrari
ERICH C. FERRARI
Ferrari & Associates, P.C.
1455 Pennsylvania Ave., NW
Suite 400
Washington, D.C. 20004
Telephone: (202) 280-6370
Fax: (877) 448-4885
Email: ferrari@falawpc.com
DC Bar No. 978253

BRIAN M. BOYNTON
Acting Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director

/s/ Kevin Snell
KEVIN SNELL
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 305-0924
Fax: (202) 616-8460
Email:  Kevin.Snell@usdoj.gov