# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MOHAMMAD IBRAHIM BAZZI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 1:19-cv-00484 (RDM) |
| ANDREA M. GACKI, in her official | ) | |
| capacity as Director of the U.S. Department | ) | |
| of the Treasury, Office of Foreign Assets | ) | |
| Control, and UNITED STATES | ) | |
| DEPARTMENT OF THE TREASURY, | ) | |
| OFFICE OF FOREIGN ASSETS | ) | |
| CONTROL, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATION OF DISMISSAL

Plaintiff Mohammad Ibrahim Bazzi respectfully stipulates to dismiss this action without prejudice. The Federal Rules of Civil Procedure allow a plaintiff to "dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). On February 11, 2021, all parties to this litigation executed a settlement agreement settling Plaintiff's claims in this matter. Pursuant to that agreement, Plaintiff agreed to file a stipulation of dismissal of this action in return for Defendants' observance of the conditions and terms contained in the agreement. For this reason, Plaintiff stipulates to dismiss this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated February 12, 2021                                  Respectfully submitted,

/s/ Erich C. Ferrari                                          BRIAN M. BOYNTON
ERICH C. FERRARI                                        Acting Assistant Attorney General
Ferrari & Associates, P.C.
1455 Pennsylvania Ave., NW                        BRIGHAM BOWEN

Suite 400
Washington, D.C. 20004
Telephone: (202) 280-6370
Fax: (877) 448-4885
Email: ferrari@falawpc.com
DC Bar No. 978253

Assistant Branch Director

*/s/ Kevin Snell*
KEVIN SNELL
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 305-0924
Fax: (202) 616-8460
Email:  Kevin.Snell@usdoj.gov